M. P. No. 76-369. GEORGE H. WOOD *v.* CONGDON EQUIPMENT Co. *et al.* Motion of defendant for a stay of proceedings below pending issuance of a writ of certiorari denied. Paolino, J. did not participate. *Keenan, Rice, Dolan, Reardon & Kiernan,*

*Thomas C. Plunkett,* for plaintiff. *Pucci & Goldin, Samuel A. Olevson,* for defendants.